1  LUCIAN J. GRECO, JR., ESQ.
   Nevada State Bar No. 10600
2  SCOTT W. ULM, ESQ.
   Nevada State Bar No. 12652
3  DANIELLE M. MERIWETHER, ESQ.
   Nevada State Bar No. 14924
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE: (702) 258-6665
   FACSIMILE: (702) 258-6662
7  lgreco@bremerwhyte.com
   sulm@bremerwhyte.com
8  dmeriwether@bremerwhyte.com

9  Attorneys for Defendants,
   John W. Pollock and Millwood Trucking, Inc.
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEO JOHNSON, | Case No. 2:21-cv-01159-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| JOHN W. POLLOCK; MILLWOOD TRUCKING, INC.; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

It is hereby stipulated and agreed to between Defendants Millwood Trucking, Inc., and John W. Pollock, by and through their attorneys of record Lucian J. Greco, Jr., Scott W. Ulm, Esq., and Danielle M. Meriwether, Esq., of Bremer Whyte Brown & O'Meara, LLP, and Plaintiff THEO JOHNSON, by and through his attorney of record, Joseph C. Chu Esq., of the LADAH LAW FIRM, that the Complaint against JOHN W. POLLOCK and MILLWOOD TRUCKING, INC. is hereby

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1473.007 4836-0742-2712.1

2:21-cv-01159-JAD-BNW
*Johnson v. Pollock, et al.*

DISMISSED WITH PREJUDICE, and that each party is to bear their own attorneys' fees and costs.

Dated this 8th day of October 2021

LADAH LAW FIRM

By: /s/ Joseph C. Chu
Joseph C. Chu, Esq.
Nevada Bar No. 11082
Attorneys for Plaintiff,
*Joel Lavado Fernandez*

Dated this 8th day of October 2021

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Danielle M. Meriwether
Lucian J. Greco, Jr, Esq.
Nevada Bar No. 10600
Scott W. Ulm, Esq.
Nevada Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada Bar No. 14924
Attorneys for Defendants,
*John W. Pollock and Millwood Trucking, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2021

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1473.007 4836-0742-2712.1